# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

KATHLEEN PERREAULT,

        Plaintiff,

vs.

WAL-MART STORES, INC.,

        Defendant.

2:16-cv-00809-JCM-VCF

**ORDER**

      Defendant removed this action from the Eighth Judicial District Court on April 8, 2016. (ECF NO. 1). Plaintiff filed her motion to remand to state court on April 27, 2016. (ECF NO. 5).

      Under LR 7.1-1(c), a party must file its disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court. A party must promptly file a supplemental certification upon any change in the information that this rule requires. To date, Plaintiff Kathleen Perreault has not complied with this rule.

      Accordingly,

      IT IS HEREBY ORDERED that Plaintiff must file a certificate of interested parties on or before May 16, 2016.

      DATED this 10th day of May, 2016.

_____

CAM FERENBACH

UNITED STATES MAGISTRATE JUDGE