BRENDA H. ENTZMINGER
Nevada Bar No. 9800
RYAN M. KERBOW
Nevada Bar No.11403
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
Bentzminger@psalaw.net
rkerbow@psalaw.net
(702) 938-1510
(702) 938-1511

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KATHLEEN PERREAULT, individually, | Case No.: 2:16-cv-00809-JCM-VCF |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| WAL-MART STORES, INC.; DOES I through X; ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//
//
//
//
//
//
//

- 1 -

-2-

party's own costs and attorney's fees.

DATED this 13 day of Oct, 2016.          DATED this 14th day of October, 2016.

JONES WILSON LLP                          PHILLIPS, SPALLAS & ANGSTADT

_____            _____
Justin L. Wilson, Esq.                    Ryan Kerbow, Esq.
1522 W. Warm Springs Road                 504 South Ninth Street
Henderson, Nevada 89014                   Las Vegas, Nevada 89101
*Attorneys for Plaintiff*                 *Attorneys for Defendant*
*Kathleen Perreault*                      *Wal-Mart Stores, Inc.*

### ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED October 19, 2016.

_____
UNITED STATES DISTRICT JUDGE